

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2019

No. 04-19-00532-CV

**IN THE INTEREST OF N.J.L.**, J.B.L., and I.J.L.

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM504476
Honorable Mary Lou Alvarez, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER that no costs be assessed against appellant because he is indigent.

It is so **ORDERED** on September 25, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2019.

_____
Keith E. Hottle, Clerk of Court